STEPTOE & JOHNSON LLP
Seong Kim (SBN 166604)
Dylan Ruga (SBN 235969)
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067
Telephone:  (310) 734-3200
Facsimile:   (310) 734-3300
Email:          skim@steptoe.com
Email:          druga@steptoe.com

Thomas G. Pasternak
(*pro hac vice* application forthcoming)
115 South La Salle Street, Suite 3100
Chicago, IL  60603
Telephone:  (312) 577-1265
Facsimile:   (312) 577-1370
Email:          tpasternak@steptoe.com

Tremayne Norris
(*pro hac vice* application forthcoming)
Tiffany Miller
(*pro hac vice* application forthcoming)
1330 Connecticut Ave., NW
Washington D.C.  20036
Telephone:  (202) 429-3000
Facsimile:   (202)  429-3902
Email:          tnorris@steptoe.com;
Email:          tmiller@steptoe.com

DOBRUSIN & THENNISCH PC
Jeffrey P. Thennisch
(*pro hac vice* application forthcoming)
Eric M. Dobrusin
(*pro hac vice* application forthcoming)
Eric R. Kurtycz
(*pro hac vice* application forthcoming)
29 W Lawrence Street, Suite 210
Pontiac, MI  48342
Telephone:  (248) 292-2920
Fax:             (248) 292-2910
Email:          Jthennisch@patentco.com
Email:          edobrusin@patentco.com
Email:          ekurtycz@patentco.com

Attorneys for Defendant
WET AUTOMOTIVE SYSTEMS LTD.

[PROPOSED] ORDER

Doc. # CC-221419 v.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIGON INC., a Michigan corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>W.E.T. AUTOMOTIVE SYSTEMS LTD., an Ontario corporation,<br><br>　　　　Defendant. | Case No. CV09-08466 RGK (RCx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING W.E.T.'S MOTION TO TRANSFER** |

　　　IT IS HEREBY ORDERED that Defendant W.E.T. Automotive Systems Ltd.'s motion to transfer venue to the Eastern District of Michigan under 28 U.S.C. §§1404 and 1406 is granted.

Dated: _____

　　　　　　　　　　　　　　　　　　Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　　　United Stated District Judge