STEPTOE & JOHNSON LLP
Seong Kim (SBN 166604)
Dylan Ruga (SBN 235969)
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067
Telephone:   (310) 734-3200
Facsimile:   (310) 734-3300
Email:          skim@steptoe.com
Email:          druga@steptoe.com

Thomas G. Pasternak
(*pro hac vice* application forthcoming)
115 South La Salle Street, Suite 3100
Chicago, IL  60603
Telephone:   (312) 577-1265
Facsimile:   (312) 577-1370
Email:          tpasternak@steptoe.com

Tremayne Norris
(*pro hac vice* application forthcoming)
Tiffany Miller
(*pro hac vice* application forthcoming)
1330 Connecticut Ave., NW
Washington D.C.  20036
Telephone:   (202) 429-3000
Facsimile:   (202) 429-3902
Email:          tnorris@steptoe.com;
Email:          tmiller@steptoe.com

DOBRUSIN & THENNISCH PC
Jeffrey P. Thennisch
(*pro hac vice* application forthcoming)
Eric M. Dobrusin
(*pro hac vice* application forthcoming)
Eric R. Kurtycz
(*pro hac vice* application forthcoming)
29 W Lawrence Street, Suite 210
Pontiac, MI  48342
Telephone:   (248) 292-2920
Fax:             (248) 292-2910
Email:          Jthennisch@patentco.com
Email:          edobrusin@patentco.com
Email:          ekurtycz@patentco.com

Attorneys for Defendant
WET AUTOMOTIVE SYSTEMS LTD.

[PROPOSED] ORDER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIGON INC., a Michigan corporation,<br><br>  Plaintiff,<br> v.<br><br>W.E.T. AUTOMOTIVE SYSTEMS LTD., an Ontario corporation,<br><br>  Defendant. | Case No. CV09-08466 RGK (RCx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING W.E.T.'S MOTION TO DISMISS COUNT III UNDER RULE 12(b)(6)** |

   IT IS HEREBY ORDERED that Defendant W.E.T. Automotive Systems Ltd.'s Motion to Dismiss Count III of the Complaint filed by Plaintiff Amerigon Inc. pursuant to Fed. R. Civ. P. 12(b)(6) is granted.

Dated: _____

                                    Honorable R. Gary Klausner
                                    United Stated District Judge